

P47311/E.Rivera

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK
# PROBATION OFFICE

## MEMORANDUM

**TO:** Jim Molinelli, Miscellaneous Clerk

**FROM:** Elisha Rivera, Senior United States Probation Officer

**RE:** Richard Derwin Owsley

**DATE:** January 3, 2007

### ASSIGNMENT OF TRANSFER OF JURISDICTION

On March 30, 2005, the above-named individual was sentenced in the Western District of Virginia outlined in the attached J & C.

In November 2007, we received the Prob. 22's endorsed by the Honorable James C. Turk, Senior U.S. District Court Judge, ordering Mr. Owsley's transfer to the SD/NY. At this time, we are requesting that this case be assigned to a Judge in the SD/NY for acceptance of transfer of jurisdiction.

Your assistance in this matter is greatly appreciated. Should you have any questions, please feel free to contact the undersigned officer at (212) 805-5114.

Respectfully submitted,

Chris J. Stanton
Chief U.S. Probation Officer

By: _____
Elisha Rivera
Senior U.S. Probation Officer